# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

    -vs-                              **Case No. 13-C-440**
                                        **(Criminal Case No. 10-CR-25)**

**ERIC SCANLAN,**

    Movant.

# ORDER

Pending before this Court is Movant Eric Scanlan's amended motion pursuant to 28 U.S.C. § 2255. One of Scanlan's contentions is that *Johnson v. United States,* 133 S.Ct. 2276 (2015) which holds the residual clause of the Armed Career Criminal Act (ACCA), 18 U.S.C. § 924(e), is unconstitutionally vague, applies retroactively to collateral attacks involving U.S.S.G. § 4B.1.2(a)(2), a residual clause worded identically to ACCA's residual clause.[1] That issue, critical to the disposition of Scanlan's petition, is awaiting decision by the Court of Appeals, *see Dawkins v. United States,* No. 15-3667, __ F.3d __, 2016 WL 80552, at *1 (7th Cir. Jan. 7, 2016) (noting that the issue is pending in *United States v. Rollins*, No.

---

[1] Scanlan's case involves U.S.S.G. § 2K2.1(a)(2) which incorporates § 4B.1.2(a)(2).

13-1731, and the consolidated cases of *United States v. Hurlburt,* No. 14-3611 and *United States v. Gillespie,* No. 15-1686.) Based on the foregoing, the Court stays the resolution of this action until *Rollins* is decided.

**SO ORDERED** at Milwaukee, Wisconsin, this  **26th**  day of January, 2016.

BY THE COURT:

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**